# ELECTRONIC RECORD

COA # 14-14-00779-CR

STYLE: Marcus Jamez Lewis v The State of Texas

COA DISPOSITION: Affirmed

DATE: January 7, 2016      Publish: Yes

OFFENSE: Poss of a Controlled Substance

COUNTY: Harris

TRIAL COURT: 182nd District Court

TC CASE #: 1398109

## IN THE COURT OF CRIMINAL APPEALS

STYLE Marcus Jamez Lewis v The State of Texas

CCA # _____

_____ PRO SE _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED, _____

DATE: _____ 05/04/2016 _____

JUDGE: _____ (signature) _____

CCA Disposition: _____ 117-16

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**